UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALUS 7 & 8 INVESTMENT, LLC, a Washington limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>ORA Talus 90, LLC, a Washington limited liability company,<br><br>    Defendant. | NO. 2:16-cv-01502-JLR<br><br>STIPULATED MOTION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(ii)<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 16, 2016** |

**STIPULATED MOTION FOR ORDER OF DISMISSAL**

Pursuant to FRCP 41(a)(1)(A)(ii), the parties, acting by and through their undersigned attorneys, hereby stipulate to the entry of a court order that dismisses the above-entitled action and each and every portion thereof without prejudice and without an award of costs or fees to any party.

DATED this 16th day of December, 2016.

STIPULATED MOTION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – 1
(2:16-cv-01502-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TAL008-0003 4288707.docx

| | |
|---|---|
| 1 | _s/ John C. Dippold_ |
| 2 | _s/ John R. Welch_ |
| | John C. Dippold, WSBA No. 25658 |
| 3 | John R. Welch, WSBA No. 26649 |
| | CARNEY BADLEY SPELLMAN, P.S. |
| 4 | 701 Fifth Avenue, Suite 3600 |
| | Seattle, WA 98104 |
| 5 | Phone: (206) 622-8020 |
| | Facsimile: (206) 467-8215 |
| 6 | Email: dippoldj@carneylaw.com |
| 7 | welch@carneylaw.com |
| | ***Attorneys for Plaintiff, Talus 7&8 Investment, LLC*** |
| 8 | |

DATED this 16th day of December, 2016.

TOUSLEY BRAIN STEPHENS PLLC

By: */s/Christopher I. Brain*
Christopher I. Brain, WSBA #5054
cbrain@tousley.com
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
Telephone: 206.682.5600
Fax: 206.682.2992

PAUL HASTINGS LLP
CYNTHIA M. COHEN

By: */s/Cynthia M. Cohen*
Cynthia M. Cohen, Admitted Pro Hac Vice
cynthiacohen@paulhastings.com
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: 213.683.6000
Fax: 213.627.0705

***Attorneys for Defendant, ORA Talus 90, LLC***

STIPULATED MOTION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – 2
(2:16-cv-01502-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TAL008-0003 4288707.docx

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December, 2016, I electronically filed the foregoing **Stipulated Motion for Order of Dismissal** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Ian Brain    cbrain@tousley.com, efile@tousley.com, jotey@tousley.com, nchung@tousley.com, PLewis@tousley.com

Cynthia M. Cohen    cynthiacohen@paulhastings.com

John C Dippold    dippoldj@carneylaw.com, jensen@carneylaw.com

John Richard Welch    welch@carneylaw.com, jensen@carneylaw.com

DATED this 16th day of December, 2016.

*s/ John R. Welch*
John R. Welch, WSBA No. 26649
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
Facsimile: (206) 467-8215
Email: welch@carneylaw.com
Attorneys for Plaintiff, Talus 7&8 Investment, LLC

STIPULATED MOTION FOR ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – 3
(2:16-cv-01502-JLR)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

TAL008-0003 4288707.docx