Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALUS 7 & 8 INVESTMENT, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ORA Talus 90, LLC, a Washington limited liability company,<br><br>Defendant. | NO. 2:16-cv-01502-JLR<br><br>ORDER FOR DISMISSAL |

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the Stipulated Motion for Dismissal.

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed without prejudice and without costs or fees to any party.

Dated this 19th day of December, 2016.

_____
James L. Robart
United States District Judge

ORDER FOR DISMISSAL – 1
(2:16-cv-01502-JLR)

TAL008-0003 4288354.docx

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020